RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **STUART**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RASCHID STUART,<br><br>Defendant. | 2:12-cr-264-MMD-GWF<br><br>**UNOPPOSED MOTION AND<br>PROPOSED ORDER TO MODIFY THE<br>CONDITIONS OF PRETRIAL RELEASE** |

COMES NOW THE DEFENDANT, DONNIE JOHN HUBER, by and through counsel, Rene L. Valladarez, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for RASCHID STUART, that the conditions of Mr. Stuart's release be modified to include permission to travel out of the jurisdiction temporarily to Tucson, Arizona.

1. Mr. Stuart requests permission to travel to Tucson, Arizona from March 15, 2013 to March 18, 2013. Mr. Stuart's sole reason for the requested travel is to accompany his mother, who cannot travel alone, to his cousin's wedding.

2. Mr. Stuart's pretrial officer, Jaime Stroup, reports that Mr. Stuart has been fully complaint and therefore he does not oppose this request.

3. Government counsel also has no opposition.

///

///

///

1

DATED this 11th day of February, 2013.

                                          Respectfully submitted,

                                          RENE L. VALLADARES
                                          Federal Public Defender

                                          */s/ Raquel Lazo*
                              By: _____
                                          RAQUEL LAZO,
                                          Assistant Federal Public Defender
                                          Counsel for Raschid Stuart

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RASCHID STUART,<br><br>Defendant. | 2:12-cr-264-MMD-GWF<br><br>**ORDER FOR TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions of the defendant be modified to permit travel to Tucson, Arizona from March 15, 2013 to March 18, 2013 for the purpose of accompanying his mother, who cannot travel alone, to his cousin's wedding.

DATED 12 day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 11, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

>    DANIEL BOGDEN
>    United States Attorney
>    333 Las Vegas Blvd. So., 5th Floor
>    Las Vegas, Nevada 89101
>    WILLIAM R. REED
>    Assistant United States Attorney
>    333 Las Vegas Blvd. So. 5th Floor
>    Las Vegas, NV 89101

*/s/ Maribel Bran*
_____
Employee of the Federal Public Defender