RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **STUART**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-cr-264-APG-GWF |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| RASCHID STUART, | |
| Defendant. | |

COMES NOW THE DEFENDANT, DONNIE JOHN HUBER, by and through counsel, Rene L. Valladarez, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for RASCHID STUART, that the conditions of Mr. Stuart's release be modified to include permission to travel out of the jurisdiction temporarily to San Antonio, Texas.

1. Mr. Stuart requests permission to travel to San Antonio, Texas from June 27, 2013 to June 30, 2013. Mr. Stuart's sole reason for the requested travel is see his father who he has not seen in a while. His father is visiting San Antonio, Texas from out of the country. The client, along with his father, will be staying with his mother.

2. Mr. Stuart's pretrial officer, Jaime Stroup, reports that Mr. Stuart has been fully complaint and therefore he does not oppose this request.

3. Government counsel also has no opposition.

///

///

1

1  DATED this 19th day of June, 2013.

2                                                  Respectfully submitted,

3
                                                   RENE L. VALLADARES
4                                                  Federal Public Defender

5                                                  */s/ Raquel Lazo*
                                             By: _____
6                                                  RAQUEL LAZO,
                                                   Assistant Federal Public Defender
7                                                  Counsel for Raschid Stuart

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>vs.<br>RASCHID STUART,<br>　　　Defendant. | 2:12-cr-264-APG-GWF<br><br>**ORDER FOR TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions of the defendant be modified to permit travel to San Antonio, Texas from June 27, 2013 to June 30, 2013 for the purpose of seeing his father who he has not seen in a while. His father is visiting San Antonio, Texas from out of the country.

DATED 20th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 19, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
WILLIAM R. REED
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
Employee of the Federal Public Defender